**Order entered December 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00416-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**ELIZABETH HOSKINS, Appellee**

**On Appeal from the County Criminal Court of Appeals No. 2**
**Dallas County, Texas**
**Trial Court Cause No. MB07-20056-M**

## ORDER

Before the Court is Elizabeth Hoskins's December 18, 2013 Motion to Require the Court Reporter to Comply with Texas Rule of Appellate Procedure 34.6(h) and for an Extension of Time to File Appellee's Brief. Hoskins alleges the court reporter has failed to file a copy of the reporter's record with the trial court clerk and, therefore, Hoskins has been unable to prepare her brief in this appeal. We **GRANT** the motion. If Terri Foster Jones, court reporter of the County Criminal Court of Appeals No. 2, has not filed a copy of the reporter's record with the trial court clerk, we **ORDER** her to file the record by January 3, 2014. *See* TEX. R. APP. P. 34.6(h). Hoskins shall file her appellee brief no later than February 3, 2014.

/s/     ROBERT M. FILLMORE
PRESIDING JUSTICE